COA # 08-12-00299-CR    OFFENSE: OTHER CRIMINAL

STYLE: Robert Carver v. The State of Texas    COUNTY: Denton

COA DISPOSITION: AFFIRM    TRIAL COURT: 362nd District Court

DATE: 1/28/15    Publish: NO  TC CASE #: F-2010-1716-D

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Robert Carver v. The State of Texas    CCA #: _____

_____PRO SE_____ Petition    CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
_____Refused_____    JUDGE: _____
DATE: 05/13/2015    SIGNED: _____  PC: _____
JUDGE: Per Curiam    PUBLISH: _____  DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____